JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. JONES, | Case No. CV 19-9180-JEM |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL MCDOWELL, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: June 30, 2020

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE